UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEITH SULLIVAN,

    Plaintiff,

v.

WARDEN, et al.,

    Defendants.

Case No.: 3:25-cv-00153-MMD-CLB

**ORDER**

## I. DISCUSSION

On March 18, 2025, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), initiated this case with a motion for an extension of time to file a notice of appeal. (ECF No. 1-1). It is not clear what Plaintiff is trying to appeal or whether this case was opened inadvertently. Plaintiff cannot initiate an appeal of either a state court case or a federal court case in this action.

To the extent that Plaintiff is seeking to appeal a lower state court decision, he must bring the appeal to the appropriate state court. If Plaintiff is seeking to appeal a decision of the Nevada Supreme Court, he must file a writ of certiorari with the United States Supreme Court. If Plaintiff wishes to appeal a decision from a United States District Court, he must file an appeal with the appropriate appellate court. An appeal from a decision in the District of Nevada should be brought before the Ninth Circuit Court of Appeals.

To the extent that Plaintiff is attempting to initiate a civil rights case, the Court notes that under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. Plaintiff has not filed a complaint and therefore he has not commenced a civil rights action. The Court grants Plaintiff **until April 21, 2025**, to submit a complaint to this Court. Alternatively, if Plaintiff initiated this case inadvertently, he may file a notice to voluntarily dismiss this case.

Plaintiff has also not filed an application to proceed *in forma pauperis* or paid the $405 filing fee. This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.     CONCLUSION

It is therefore ordered that Plaintiff has **until April 21, 2025**, to submit a complaint to this Court.

It is further ordered that Plaintiff has **until May 20, 2025**, to either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case, under a new case number, when Plaintiff can file a complaint and either file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Keith Sullivan: (1) the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same; and (2) an application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED THIS 21st day of March 2025.

_____
UNITED STATES MAGISTRATE JUDGE