UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEITH SULLIVAN, | Case No. 3:25-cv-00153-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| WARDEN, *et al.*, | |
| Defendants. | |

Pro se Plaintiff Keith Sullivan initiated this case with a motion for an extension to file an appeal. (ECF No. 1-1.) The Court issued an order explaining that if Plaintiff sought to open a civil rights case, he must file a complaint and an application to proceed *in forma pauperis*. (ECF No. 3.) Plaintiff has now filed a motion to voluntarily dismiss the case, stating that he initiated this case by accident. (ECF No. 4.) Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed. Therefore, the Court grants Plaintiff's motion for voluntary dismissal and dismisses this action without prejudice.

It is therefore ordered that Plaintiff's motion to voluntarily dismiss this action without prejudice (ECF No. 4) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

DATED THIS 9th Day of April 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE